```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12671
   TERRI Y WASHINGTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0508

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/16/2007 and was confirmed 11/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED VEHIC   13108.00      975.41        2330.21
AMERICREDIT FINANCIAL SV UNSECURED      NOT FILED         .00            .00
FREEDOMCARD GOLD MASTERC UNSECURED         745.05         .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED         650.24         .00            .00
CAPITAL ONE              UNSECURED      NOT FILED         .00            .00
CITY OF CHICAGO PARKING  UNSECURED        1570.00         .00            .00
DRIVE FINANCIAL SERVICES NOTICE ONLY    NOT FILED         .00            .00
FINGERHUT                UNSECURED      NOT FILED         .00            .00
FCNB MASTERTRUST         UNSECURED        1063.43         .00            .00
PREMIER BANKCARD         UNSECURED      NOT FILED         .00            .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED         .00            .00
TCF NATIONAL BANK        UNSECURED      NOT FILED         .00            .00
US AUTO TITLE LENDERS    UNSECURED        4655.00         .00            .00
VILLAGE OF BELLWOOD      UNSECURED         725.00         .00            .00
WAL MART STORES INC      UNSECURED      NOT FILED         .00            .00
DRIVE FINANCIAL SERVICES UNSECURED      NOT FILED         .00            .00
ROUNDUP FUNDING LLC      UNSECURED        5632.41         .00            .00
VILLAGE OF BELLWOOD      UNSECURED         500.00         .00            .00
NELLA E MARIANI          DEBTOR ATTY     3,500.00                    1,159.23
TOM VAUGHN               TRUSTEE                                       355.39
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             4,820.24

PRIORITY                                        .00
SECURED                                    2,330.21
   INTEREST                                  975.41
UNSECURED                                       .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12671 TERRI Y WASHINGTON
```

```
ADMINISTRATIVE                                          1,159.23
TRUSTEE COMPENSATION                                      355.39
DEBTOR REFUND                                                .00
                               ---------------    ---------------
TOTALS                                4,820.24           4,820.24
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 01/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE